B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re Mischelle Ann Fight-dismang          ,          Case No. 19-90661
aka Mischelle Lewis aka Michelle A. Cheser

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust | 1900 Capital Trust III, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE c/o NewRez, LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 4-2
Amount of Claim: $113,529.41
Date Claim Filed: 10/27/2019

Phone: 800-603-0836
Last Four Digits of Acct #: 4659

Phone: 800-365-7107
Last Four Digits of Acct. #: 6997

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti, Esq.          Date: 04/05/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.